**CHESTER N. WEAVER COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8572.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1939.

Adolphus E. Graupner and Arthur E. Cooley, both of San Francisco, Cal., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Ordered mandate of the Supreme Court of the United States in this cause filed, and pursuant thereto, further ordered that a judgment be filed and entered affirming the decision of the United States Board of Tax Appeals, and that the mandate of this court issue forthwith.